IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3004 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TAMMY LYNN HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to review detention, (filing no. 55), is granted.

2) The defendant shall comply with all terms and conditions of her supervised release which were imposed at sentencing except as follows:

> On February 10, 2011, the defendant shall be released to reside at St. Monica's in Lincoln, Nebraska and participate in that facility's Substance Abuse Treatment Program. The defendant shall fully comply with the requirements of her treatment plan and all rules of the St. Monica's facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain her pending a prompt hearing before the court.

3) The defendant shall arrive at St. Monica's by 10:00 a.m. on February 10, 2011. Defendant's counsel shall promptly contact the chambers of the undersigned magistrate judge who will, in response, contact the Marshal with further directions for defendant's release to treatment.

4) At the time of defendant's release, the U.S. Marshal's office shall provide her with a 30-day supply of any currently prescribed medication.

5) The clerk shall promptly provide a copy of this order to the Marshal.

February 8, 2011.                    BY THE COURT:

                                     *s/ Cheryl R. Zwart*
                                     United States Magistrate Judge