IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>                      Plaintiff,          )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>TAMMY LYNN HAMILTON,       )<br>                                                            )<br>                      Defendant.       ) | Case No.  4:05CR3004 |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 57, now set for February 17, 2011, at 12:00 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 20th day of April, 2011, at 12:00 noon.  The defendant is ordered to appear at such time.

Dated February 14, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge