IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3004 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TAMMY LYNN HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion, (filing no. 64), is granted.

2) The defendant's conditions of supervised release are amended as follows:

   a. The defendant shall reside with her father in Lincoln, Nebraska upon her successful completion of the TC component of her drug treatment program at St. Monica's.

   b. Upon her release from TC, the defendant shall fully participate in and comply with any recommended aftercare program.

   c. The defendant shall comply with all other terms and conditions of her supervised release.

DATED this 28th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge