IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | CASE NO. 4:05CR3004 |
| Plaintiff,       ) | |
| ) | **ORDER** |
| v.       ) | |
| ) | |
| TAMMY LYNN HAMILTON,       ) | |
| ) | |
| Defendant.       ) | |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, (filing 85), now set for November 13, 2012, at 12:00 noon, until a date certain in 60 to 90 days. The Court, being fully advised in the premises, and noting that the probation office and AUSA Lehr have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 12th day of February, 2013, at 12:00 noon. The defendant is ordered to appear at such time.

Dated this 8th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge