IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                              )<br>                        Plaintiff,     )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>TAMMY LYNN HAMILTON,        )<br>                                                              )<br>                        Defendant.   ) | CASE NO.  4:05CR3004<br><br>**ORDER** |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, (filing 87), now set for February 12, 2013, at 12:00 noon, until a date certain after March 6, 2013. The Court, being fully advised in the premises, and noting that the probation office and AUSA Lehr have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 21st day of March, 2013, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated this 23rd day of January, 2013.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge